E-FILED
Wednesday, 12 August, 2020  10:44:16 AM
Clerk, U.S. District Court, ILCD

United States District Court
for the Central District of Illinois

| | |
|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND and PLUMBERS AND STEAMFITTERS U.A. LOCALS 63;353 PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PRATHER PLUMBING & HEATING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No.  18 cv 1434 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, East Central Illinois Pipe Trades Health & Welfare Fund and Plumbers and Steamfitters U.A. Locals 63;353 Pension Trust Fund, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment in favor of the Defendant, Prather Plumbing & Heating, Inc. entered in this action on the 21st day of July, 2020.

EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND and PLUMBERS AND STEAMFITTERS U.A. LOCALS 63;353 PENSION TRUST FUND, Plaintiffs,

By:     s/JOHN A. WOLTERS
JOHN A. WOLTERS
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs/Appellants
2319 W. Jefferson Street
Springfield, Illinois 62702
Telephone:     (217) 544-1177
Facsimile:     (217) 544-9894
johnwolters@cavanagh-ohara.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this Notice of Appeal was filed with the Clerk of the U.S. District Court on August 12, 2020 and served on the following through the District Court's ECF system:

Jeffrey Risch
Michael Hughes
SmithAmundsen LLC
3815 E. Main Street, Suite A-1
St. Charles, IL  60174
jrisch@salawus.com
mhughes@salawus.com
sjados@salawus.com

                                    By:    s/JOHN A. WOLTERS
                                    JOHN A. WOLTERS
                                    **CAVANAGH & O'HARA LLP**
                                    Attorneys for Plaintiffs/Appellants
                                    2319 W. Jefferson Street
                                    Springfield, Illinois 62702
                                    Telephone:     (217) 544-1177
                                    Facsimile:     (217) 544-9894
                                    johnwolters@cavanagh-ohara.com