E-FILED
Thursday, 26 August, 2021  01:12:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND & PLUMBERS AND STEAMFITTERS U.A. LOCALS 63;353 PENSION TRUST FUND | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.  1:18-cv-01434 |
| v. | ) ) | |
| PRATHER PLUMBING & HEATING, INC., | ) ) ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Pursuant to the Mandate of the Seventh Circuit Court of Appeals (doc. 45-2), this Matter is hereby DISMISSED for want of federal jurisdiction.


SO ORDERED.

Entered this 26th day of August 2021.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge